IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARKELL JOHNSON,
    Petitioner,

vs.                                CASE NO.: 5:08cv114/RS/MD

WALTER A. MCNEIL,
    Respondent.

_____

**O R D E R**

    Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. 1). However, petitioner neither paid the filing fee of $5.00 nor submitted an application to proceed *in forma pauperis*. Petitioner's case cannot proceed until he either pays the filing fee or files a complete application for leave to proceed *in forma pauperis*. A complete application includes a motion with supporting affidavit, a prisoner consent form and a financial certificate with account attachments (a printout of the transactions in petitioner's inmate trust account for the past six months).

    Accordingly, it is ORDERED:

    1.    The Clerk shall forward to the petitioner a form application to proceed *in forma pauperis*. This case number should be written on the form.

    2.    Within **thirty (30) days** of the date of this order, petitioner shall either pay the $5.00 filing fee in full, or submit a complete application for leave to proceed *in forma pauperis*. Petitioner's failure to comply with this order may result in a recommendation to the District Court that this case be dismissed.

    DONE AND ORDERED this 30th day of April, 2008.

                                        /s/ *Miles Davis*
                                        **MILES DAVIS**
                                        **UNITED STATES MAGISTRATE JUDGE**