IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARKELL JOHNSON,

    Petitioner,

vs.                                           CASE NO. 5:08cv114/RS-MD

WALTER MCNEIL,

    Respondent.

_____/

**ORDER**

Before me are the Magistrate Judge's Report and Recommendation (Doc. 24) and Petitioner's Objections (Doc. 25). I have considered Petitioner's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Petition for Writ of Habeas Corpus (Doc. 1), which challenges the conviction and sentence in *State of Florida v. Markell Johnson* in the Circuit Court of Bay County, Florida, Case No. 02-1631, is dismissed with prejudice.

3. The clerk is directed to close the file.

**ORDERED** on April 8, 2009.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**